JS-6

DAVID G. SPIVAK, State Bar # 179684
THE SPIVAK LAW FIRM
9454 Wilshire Blvd.
Suite 303
Beverly Hills, CA 90212
    Telephone  (310) 499-4730
    Facsimile  (310) 499-4739
    Email  david@spivaklaw.com

Attorney for Plaintiff,
AMANDA L.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMANDA L.,<br><br>    *Plaintiff(s),*<br><br>    v.<br><br>EAST LOS ANGELES COMMUNITY COLLEGE; DOUGLAS LOISEL; and DOES 1 through 25,<br><br>    *Defendant(s).* | Case No.: CV10-04014 AHM (PLAx)<br><br>**ORDER RE STIPULATION TO DISMISS**<br><br>[Fed. R. Civ. Proc. 41]<br><br>Action filed:   04/07/2010<br><br>Courtroom:   14 – LA – Spring Street<br>Hon. A. Howard Matz |

    Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1

1   Pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action
2   is hereby dismissed in its entirety with prejudice, each party to bear her/its/his own
3   costs and attorney's fees if any.
4
5   **IT IS SO ORDERED.**
6
7
8   April 12, 2011
    Date                              The Honorable A. Howard Matz, United
9                                     States District Court Judge
10
11  **JS-6**